UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. MALFITANO,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN HEWITT, et al.,<br><br>Defendants. | Case No. 16-cv-05339-MEJ<br><br>**ORDER TO SHOW CAUSE;**<br>**VACATING CASE MANAGEMENT**<br>**CONFERENCE** |

Plaintiff Joseph Malfitano filed a civil rights Complaint and applied to proceed in forma pauperis. The Court granted Plaintiff's Application, screened his Complaint pursuant to 28 U.S.C. § 1915(e)(2), and dismissed the Complaint for failure to state a claim, with leave to amend. *See* First Order, Dkt. No. 7. Plaintiff filed an Amended Complaint, which the Court once more screened and dismissed for failure to state a claim, again with leave to amend. *See* Second Order, Dkt. No. 11. Plaintiff filed a Second Amended Complaint. Dkt. No. 13. On January 30, 2017, the Court screened Plaintiff's Second Amended Complaint, found Plaintiff had failed to state a claim, and granted Plaintiff leave to amend one final time. *See* Third Order, Dkt. No. 14. The undersigned specified "[a]ny amended complaint must be filed no later than February 27, 2017." *Id*. at 9. As of the date of this Order, Plaintiff has not filed a Third Amended Complaint.

Accordingly, the Court **ORDERS** Plaintiff to show cause why the case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by March 23, 2017. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on March 30, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to

prosecute, and the case will be dismissed without prejudice. Thus, it is imperative that the Court receive a written response by the deadline above.

The Initial Case Management Conference scheduled for March 30, 2017 is **VACATED**.

**IT IS SO ORDERED.**

Dated: March 7, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge